JOHN MORRISON v. JOHN ROSS, Appellant.

Appeal: Certificate Made in Vacation.  The court can not grant a certificate in a case involving less than one hundred dollars, except at the time of trial, and before the adjournment of the term, though it grant leave during the term to have one applied for and made in vacation.

*Appeal from Calhoun District Court.*—HON. CHARLES D. GOLDSMITH, Judge.

WEDNESDAY MAY 9, 1894.

THIS action was commenced before a justice of the peace, and taken on appeal, by the defendant, to the district court, where the judgment was affirmed on plaintiff's motion.   Defendant's motion to set aside the judgment and affirmance was overruled, from which ruling the defendant appeals upon a certificate of the trial judge.—*Dismissed.*

*M. R. McCrary* for appellant.

*W. E. Gray* for appellee.

GIVEN, J.—The record shows that judgment was rendered on appellant's motion on the last day of the term, and that the court "gave leave to defendant to make out the law points he wished to be certified to the supreme court of Iowa, and he would sign certificate and law points in vacation, which was accordingly done."   It is evident that the certificate upon which this appeal rests was not given at the time the judgment appealed from was rendered, nor at the term at which it was rendered, but some time during the

vacation that followed. This court has uniformly held that the certificate of the judge must be made at the time of the trial, and before the adjournment of the term. See McClain's Code, section 4402, notes. The reasons for the rule are well stated in *Angus v. Shannon*, 60 Iowa, 311, 74 N. W. Rep. 315. That case does not hold that leave may be given to make and file a certificate after the term, as that question was not involved in the case. Without a certificate made and filed as required by law, this court is without jurisdiction in this case. *White v. Beatty*, 64 Iowa, 331, 20 N. W. Rep. 459; *Beach v. Donovan*, 74 Iowa, 543; 38 N. W. Rep. 404. There being no certificate as required, the appeal must be DISMISSED.